```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
                    BEAUMONT DIVISION
```

KENNETH CARL CRISSUP, JR.        §

VS.                              §    CIVIL ACTION NO. 1:05cv516

DIRECTOR, TDCJ-ID                §

## MEMORANDUM OPINION REGARDING VENUE

Petitioner Kenneth Carl Crissup, Jr., an inmate confined in the Stiles Unit of the Texas Department of Criminal Justice, Institutional Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## Discussion

Petitioner states that in 2004 he was convicted of criminal offenses in the 319th District Court of Nueces County, Texas. He received consecutive 20 year sentences.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Nueces County, Texas. Pursuant to 28 U.S.C. § 124, Nueces County is in the Corpus Christi Division of the United States District Court for the Southern

District of Texas.  As all records and witnesses involving this action may be located in the Southern District, the transfer of this action to such district would further justice.

Accordingly, this case should be transferred to the Corpus Christi Division of the United States District Court for the Southern District of Texas.  A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this __27__ day of _____July_____, 2005.


_____
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE

2